Argued and submitted January 26, CA A87497 reversed and remanded for reconsideration; CA A86569 dismissed as moot February 21, 1996

In the Matter of the Compensation of
Job G. Lopez, Claimant.

DEPARTMENT OF CONSUMER
AND BUSINESS SERVICES,
*Petitioner,*

*v.*

Job G. LOPEZ,
Dammasch State Hospital
and SAIF Corporation,
*Respondents.*

(WCB 93-08872; CA A86569 (Control))

In the Matter of the Compensation of
Job G. Lopez, Claimant.

SAIF CORPORATION
and Dammasch State Hospital,
*Petitioners,*

*and*

DEPARTMENT OF CONSUMER
AND BUSINESS SERVICES,
*Intervenor,*

*v.*

Job G. LOPEZ,
*Respondent.*

(CA A87497)

911 P2d 976

Stephanie L. Striffler, Assistant Attorney General, argued the cause for petitioner-intervenor Department of Consumer and Business Services. With her on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Steven R. Cotton, Special Assistant Attorney General, argued the cause for petitioners Dammasch State Hospital and SAIF Corporation. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Robert Wollheim waived appearance for respondent Job G. Lopez.

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

CA A87497 reversed and remanded for reconsideration. *Newell v. SAIF*, 134 Or App 625, 896 P2d 16, *aff'd on recons* 136 Or App 280, 902 P2d 600 (1995). CA A86569 dismissed as moot.